# EXHIBIT A

# Summons to Mr. James M. Peck, CEO and President at TransUnion

**DISTRICT COURT OF MARYLAND FOR
SAINT MARY'S COUNTY**
Carter State Office Building, 23110 Leonard Hall Drive, P.O. Box 1509
Leonardtown Maryland 20650

301-880-2700

**Case Number: D-043-CV-18-002647**
**Complaint Number:**

RADHIKA MAHESH VS. JAMES PECK

## WRIT OF SUMMONS

Serve on:
JAMES M PECK
CEO AND PRESIDENT AT TRANSUNION
555 W ADAMS ST
CHICAGO IL 60661

| | |
|---|---|
| Date Filed: | 10/12/2018 |
| Issue Date: | 10/12/2018 |
| Trial Date: | 1/7/2019 |
| Trial Time: | 9:00 AM |
| Trial Room: | 02 |

You are summoned to appear for trial at the date, time, and location shown above. **If you intend to be present at the trial, you must file the attached Notice of Intention to Defend within ☐ 15 days ☒ 60 days of receiving this complaint.** Failure to file the Notice of Intention to Defend may result in a judgment by default or the granting of the relief sought.

**MUST BE SERVED BY:** 11/11/2018

<u>Patrick H. Loveless</u>
Administrative Clerk

To ☐ Sheriff/Constable ☐ Private Process Server
You are hereby commanded to serve this Writ of Summons and to make your return promptly if served. If you are unable to serve, you are to make your return below and return the original process to the court no later than ten (10) days following the termination of the validity of the process.
I certify that:
☐ I served a summons by delivery of the complaint and all supporting papers to: _____
Name

on _____ _____ ☐ A.M. ☐ P.M. at _____
    Date      Time                                            Location
The person I left the papers with acknowledged being: (1) A resident of above listed address; (2) 18 years of age or older; (3) of suitable discretion in that relationship to the Defendant is _____;
and that (4) the above listed address is the Defendant's residence or usual place of abode. The facts upon which I concluded that the individual served is of suitable age discretion are: _____

_____

The cost of service is $ _____
Description of the Defendant/Person Served: Race _____ Sex _____ Ht. _____ Wt. _____ Age _____

☐ I was unable to serve because _____

Attempt: _____ Attempt: _____ Attempt: _____ Attempt: _____

Case Number: D-043-CV-18-002647
Complaint Number:

REFUND TO:

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief and do further affirm I am a competent person over 18 years of age and not party to the case.

_____

_____
Print Name of Process Server

_____
Address

**"Insert Barcode Here"**

_____
City, State, Zip

_____
Telephone

_____
Signature of Process Server

_____
Date

## NOTICE OF INTENTION TO DEFEND

Case Number: D-043-CV-18-002647
Defendant: JAMES M PECK

Trial Date: 1/7/2019

NOTICE: **If you contest the claim** or any part thereof, you must complete this Notice of Intention to Defend and file with the court listed at the top of this summons no later than ☐ 15 days ☒ 60 days after you receive this Summons and be present in court on the trial date. If you do not appear, judgment by default or the relief sought may be granted.
**ATTENTION CORPORATIONS & LLCs:** this Notice must be filed by an attorney, and you must be represented at trial by an attorney. <u>EXCEPTION:</u> where the amount claimed doesn't exceed $5,000.00, corporations may be represented by an officer; LLCs may be represented by a member. Both may be represented by a properly designated employee. See Maryland Annotated Code, Business Occupations and Professions, § 10-206(b)(4) for further details, and for information regarding partnerships and sole proprietorships.
**To request a foreign language interpreter or a reasonable accommodation under the Americans with Disabilities Act, please contact the court immediately. Possession and use of cell phones and other electronic devices may be limited or prohibited in designated areas of the court facility.**
    **SEE NOTICE TO DEFENDANT ON COMPLAINT FORM FOR IMPORTANT INFORMATION**
I intend to be present at the trial of this claim and demand proof of the Plaintiff's claim.
Brief explanation of defense: _____

_____

_____
Date

_____
Signature

_____
Printed Name

_____
Address

_____
City, State, Zip

_____
Home/Work Telephone Number

_____
Fax

_____
Email