# EXHIBIT B

# Complaint/Application And Affidavit In Support Of Judgment

# DISTRICT COURT OF MARYLAND FOR District Court for St. Mary's County

**LOCATED AT (COURT ADDRESS)**
23110 Leonard Hall Dr
Leonardtown, MD 20650

**CASE NO.** CV D43 CW 18 2647

**COMPLAINT/APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT**
☒ $5,000 or under ☐ over $5,000 ☐ over $10,000

Clerk: Please docket this case in an action of ☒ contract ☐ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim

The particulars of this case are:
I've SENT THREE LETTER TO THE CREDIT AGENCY STILL
I've attach letter regarding this reporting on my credit files.
requested and demand that they provide documents showing proff that
this is my account and correct, which was never done.

## PARTIES

**Plaintiff**
Radhika S.Mahesh
45601 Catalina Lane
California, Maryland

**VS.**

**Defendant(s):**
1. Mr. James M. Peck
CEO and President at TransUnion
555 W Adams St, Chicago, IL 60661, USA

Serve by: ☒ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

PLEASE NOTE THAT THREE LETTERS WAS SENT AND STILL ON MY REPORT THAT IS CAUSING ME HIGH INTREST

(See Continuation Sheet)

The Plaintiff claims $ 4,000____, plus interest of $_____,
Interest at the ☐ legal rate ☐ contractual rate calculated at____
%, from_____ to_____ (_____ days x $_____
per day) and attorney's fees of $_____ plus court costs.
☐ Return of the property and damages of $_____
for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of
$_____ for its detention in action of detinue.
☐ Other:_____
and demands judgment for relief

_Signature_
Signature of Plaintiff/Attorney/Attorney Code
Printed Name: RADHIKA S.MAHESH
Address: 45601 CATALINA LN CALIFORNIA MD20619
Telephone Number: 301.254.9214
Fax:
E-mail: sandramahesh27@gmail.com

## ATTORNEYS

For Plaintiff - Name, Address, Telephone Number & Code
Radhika S mahesh
45601 Catalina Lane
California, MD 20619
301-254-9214

## MILITARY SERVICE AFFIDAVIT

☐ Defendant(s)_____ is/are in the military service.
☒ No Defendant is in the military service. The facts supporting this statement are: _Company_

Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military

☐ I am unable to determine whether or not any Defendant is in military service.
I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

Date: 10/11/18     Signature of Affiant

## APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT (See Plaintiff Notice on Back Page)

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☐ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☐ Plaintiff ☐ _____ of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

Date     Signature of Affiant

DC-CV-001 (front) (Rev. 01/2016)

October 10,2018

TransUnion

555 W Adams St

Chicago , IL 60661-3601

Complaint Letter to Courts:

Name: Radhika S. Mahesh
DOB: ████1963
SS: ████3633
Address: 45601 Catalina LN, California MD 20619
PH: 301-254-9214
sandramahesh27@gmail.com

Disputing Account: Acceptance Now

I have disputed this account four times , all I am receiving from TransUnion is a copy of my credit reporting files and a letter stating that they have verify that the information that being reporting by Acceptance Now is correct.

I have requested information on how this information is being verify and was told that information is not given to customers, not sure why this is causing me financial difficulties by paying higher interest rate .

I have sent letter intent to file a small claims  for not receiving original document signed,

TransUnion to verfify this account, now three months still no responsed.

I have reach out to Acceptance Now by filing small claims and the court papers was return cannot locate , after doing some calling around I was told they are out of business

TransUnion. fail to verify  original signed  documents before reporting this negative reporting on my files and fail to give me what documents they used .

This's my rights to see these documents , I don't owe this Acceptance Now any money .

Sincerely :

Radhika S. Mahesh

1