UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND (GREENBELT)

---

RADHIKA S. MAHESH,
    Plaintiff,

CASE NO.   8:18-cv-03570-GJH

vs.

MR. JAMES M. PECK, CEO
AND PRESIDENT AT TRANSUNION,
    Defendant.

---

### STIPULATION OF DISMISSAL WITH PREJUDICE

---

Plaintiff Radhika S. Mahesh ("Plaintiff"), *Pro Se*, and Defendant Mr. James M. Peck, CEO And President At Trans Union ("Defendant"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Defendant should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

                                                                   Respectfully submitted,

Date:   04/19/19

*Radhikasmahes*
Radhika S. Mahesh
45601 Catalina Lane
California, MD  20619

*Pro Se Plaintiff*

Date: <u>April 23, 2019</u>   <u>/s/ Robert J. Schuckit</u>
Robert J. Schuckit, Esq. (MD Federal Bar #14125)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  rschuckit@schuckitlaw.com

*Counsel for Defendant Mr. James M. Peck*
*CEO and President at Transunion*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 23rd **day of April, 2019**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None. | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **23rd day of April, 2019**, properly addressed as follows:

| **Pro Se Plaintiff**<br>Radhika S. Mahesh<br>45601 Catalina Lane<br>California, MD 20619 | |

/s/ Robert J. Schuckit
Robert J. Schuckit, Esq. (MD Federal Bar #14125)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: (317) 363-2400
Fax: (317) 363-2257
E-Mail: rschuckit@schuckitlaw.com

*Counsel for Defendant Mr. James M. Peck
CEO and President at Transunion*