UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND (GREENBELT)

---

RADHIKA S. MAHESH,  CASE NO.   8:18-cv-03570-GJH
    Plaintiff,

vs.

MR. JAMES M. PECK, CEO
AND PRESIDENT AT TRANSUNION,
    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Radhika S. Mahesh, *Pro Se*, and Defendant Mr. James M. Peck, CEO And President At TransUnion, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff against Defendant are dismissed, with prejudice. Plaintiff and Defendant shall each bear their own costs and attorneys' fees.

Date: _____  _____
                                                                JUDGE, United States District Court
                                                                District of Maryland

DISTRIBUTION TO:

| **Pro Se Plaintiff**<br>Radhika S. Mahesh<br>45601 Catalina Lane<br>California, MD  20619 | Robert J. Schuckit, Esq.<br>rschuckit@schuckitlaw.com |
|---|---|